JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| LEDESMA & MEYER CONSTRUCTION CO., INC.; JOSEPH LEDESMA; KRIS MEYER, | Case No. 5:19-CV-1147-RGK |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF MOTION AND REMAND TO STATE COURT** |
| v. | |
| LIBERTY SURPLUS INSURANCE CORPORATION; LIBERTY INSURANCE UNDERWRITIERS INC.; CROSBY INSURANCE, INC., | |
| Defendants. | |

The Stipulation of the Parties Regarding Pending Motions, filed by Defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc. (collectively, "Liberty") and Plaintiffs Ledesma & Meyer Construction Company, Inc., Joseph Ledesma and Kris Meyer (collectively "Ledesma & Meyer") was filed and taken under submission by the Court.

After considering the Stipulation filed by Liberty and Ledesma & Meyer in this action, IT IS HEREBY ORDERED that:

Liberty's Motion to Sever and/or Drop Crosby Insurance, Inc. (Dkt. 18) is withdrawn from consideration by this Court.

This action is REMANDED to the Superior Court of the State of California, San Bernardino County.

Liberty and Ledesma & Meyer shall bear their own respective fees and costs.

DATED: August 15, 2019

*Gary Klausner*
_____
DISTRICT COURT JUDGE

6230710.1